IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Nos.   00-CR-322-S
00-CR-323-S
00-CR-324-S
00-CR-325-S
00-CR-326-S
00-CR-327-S

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

HASSAN ZAGHMOT,

**Defendant.**

### AFFIDAVIT OF ELFADIL A. AZRAG

COMES NOW Elfadil A. Azrag of lawful age and being duly sworn upon his oath does hereby state and depose, as follows:

1. I have personal knowledge of the facts contained in this affidavit.

2. I agreed to act as the Surety and allow my property (1311 South Victor Street, Aurora, Colorado) to be liened with the understanding that the Defendant, Hassan Zaghmot, would not be permitted to leave the country prior to his appearance date.

3. My understanding is that the Federal government entered into an agreement with Mr. Zaghmot allowing him to return to Syria prior to his appearance date.

4. Had I known Mr. Zaghmot would be permitted to leave the country, I would have no longer acted as his surety for his appearance on the criminal matters involved in this case.



EXHIBIT B

FURTHER AFFIANT SAYETH NAUGHT.

_____
Elfadil A. Azrag

SUBSCRIBED AND SWORN to before me this _____ day ~~of November~~ 05 Jan 2012 2011 by Elfadil A. Azrag.

Witness my hand and official seal.

My commission expires: INDEFINITE

Notary Public

NITZA SOLA-ROTGER
Vice-Consul